JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN AMBA, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EBSCO INDUSTRIES, INC.; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-07317-MWF-GJS<br><br>Assigned to Courtroom 5A – Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation Requesting Voluntary Dismissal With Prejudice filed by Plaintiff and Defendant, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: May 26, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge